290 So.2d 180

**In re Raymond BERGGREN**

**v.**

**Mildred BERGGREN.**

**Ex parte Raymond Berggren.**

**SC 669.**

Supreme Court of Alabama.

Feb. 7, 1974.

Jack W. Smith, Dothan, for petitioner.

No brief for respondent.

HEFLIN, Chief Justice.

Petition of Raymond Berggren for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Berggren v. Berggren, 52 Ala.App. 118, 290 So.2d 178.

Writ denied.

COLEMAN, McCALL, FAULKNER and JONES, JJ., concur.